FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANCIS G HERNANDEZ, | No. 11-99013 |
| Petitioner - Appellant, | D.C. No. 2:90-cv-04638-RSWL<br>Central District of California,<br>Los Angeles |
| v. | |
| KEVIN CHAPPELL, Warden, California State Prison at San Quentin, | ORDER |
| Respondent - Appellee. | |

Before: PREGERSON, REINHARDT, and NGUYEN, Circuit Judges.

The case is referred to the Circuit Mediation Office of this court for mediation, and its submission is deferred pending further order of the court.

The Circuit Mediator will contact the parties to schedule mediation and shall provide a status report to the panel within sixty (60) days following this order.